JAP:AS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

15 M 0606

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

TERRILL DUBOSE

   Defendant.

AFFIDAVIT AND COMPLAINT IN SUPPORT OF APPLICATION FOR ARREST WARRANT

(18 U.S.C. § 922(g)(1))

- - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

  Jennifer Cardillo, being duly sworn, deposes and states that she is a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, duly appointed according to law and acting as such.

  On or about June 29, 2015, within the Eastern District of New York, the defendant TERRILL DUBOSE, having been convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, a black and chrome Titan Tiger .38-caliber revolver, loaded with ammunition.

  (Title 18, United States Code, Section 922(g)(1))

  The source of your deponent's information and the grounds for her belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms ("ATF") and have been involved in the investigation of numerous cases involving firearms offenses. I am familiar with the facts and circumstances set forth below from review of records of the New York City Police Department ("NYPD") and other Government agencies, and conversations with NYPD officers.

2.     On or about June 29, 2015, at approximately 3:26 p.m., a team of NYPD officers responded to a 911 call in Brooklyn, New York, near 105 Belmont Avenue based on a threat against a woman and her child.

3.     According to the complaining witness, the defendant approached her outside of her car while she was with her seven-year-old daughter. He initiated an altercation because he accused her of being a woman who had robbed him. The defendant threatened to shoot the woman and her daughter. He did not display a weapon at that time. The complaining witness fled the scene and called 911.

4.     The complaining witness told the NYPD officers responding to the scene that the defendant went to a nearby store and that he was wearing all red. The officers approached a man fitting that description, who is the defendant. The defendant acknowledged that he had been involved in a minor altercation earlier. Immediately after he made this admission, the defendant ran from the officers.

5.     The defendant was apprehended when one of the NYPD officers tackled him to the ground. That officer that tackled the defendant noticed a firearm in the back of the defendant's waistband when the defendant's shirt pulled up as he fell to the ground on his stomach. The officer retrieved the weapon.

6. After he was arrested, the officers conducted a showup of the defendant to the complaining witness. The complaining witness stated that he was the man who had threatened her.

7. The defendant was placed under arrest and processed, after which he was taken to the 73rd Precinct. At the Precinct, the defendant was read his <u>Miranda</u> rights, which he waived. The defendant then stated in sum and substance, that he had a weapon, and that he was carrying it for protection. He also stated that he knew the complaining witness.

8. Based on my knowledge, training and experience, the Titan Tiger .38-caliber revolver was manufactured outside the State of New York.

9. I have reviewed the defendant's criminal history records and have determined that the defendant has been convicted of a robbery under Title 18.2, Chapter 4, Section 58 of the Code of Virginia, a felony that is punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that the defendant TERRILL DUBOSE be dealt with according to law.

*Jennifer Cardillo*
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn to before me this
2nd day of July, 2015

_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK