# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: _15-606M_

2) Defendant's Name: _Dubose_ _Terrill_ _____
                     (Last)              (First)         (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No    Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: _✓_ Yes ___No   Date/Time: _7/7/15_

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: _X_

11) Temporary Order of Detention Entered: _X_   Bail Hearing set for: _7/9/15 @ 2:30_

12) (a) Preliminary Hearing set for: _____; or waived: _____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: _Andrey Spektor_

14) DEFENSE COUNSEL'S NAME: _Jan Rostal_
    Address: _____
    Bar Code: _____ CJA: ____ FDNY: _✓_ RET: ____
    Telephone Number:( )_____

15) LOG #: _5:02 - 5:12_ MAG. JUDGE: _James Orenstein_

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _No bail package presented. A Temporary order of detention entered._

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE